**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____Northern_____ District of _____Illinois_____
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual     12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☑ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**     Oak Park Avenue Realty, Ltd.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

__ __ – __ __ __ __ __ __ __
EIN

**5. Debtor's address**

**Principal place of business**

6800 Centennial Dr., Ste. E
Number    Street

_____

Tinley Park            IL        60477
City                  State     ZIP Code

Cook
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____
City          State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City          State    ZIP Code

Official Form 205              Involuntary Petition Against a Non-Individual              page 1

Debtor   Oak Park Avenue Realty, Ltd.                                              Case number (*if known*)_____
         *Name*

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | oakparkavenuerealty.com |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the types of business listed.<br>☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☐ No<br>☑ Yes. Debtor Mack Industries, LTD    Relationship Parent or Affiliate<br>District N. D. Illinois    Date filed 03/24/2017    Case number, if known 17-09308<br>     MM / DD / YYYY<br><br>Debtor _____    Relationship _____<br>District _____    Date filed _____    Case number, if known _____<br>     MM / DD / YYYY |

### Part 3: Report About the Case

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:*<br>☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>*At least one box must be checked*:<br>☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☑ No<br>☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  Oak Park Avenue Realty Ltd.
        Name

Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Reifel Investments, LLC | Unpaid Rent and Deposits | $ 153,273.00 |
| Michelle Hawkins | Unpaid Rent and Deposits | $ 4,400.00 |
| Eugene Denton | Unpaid Rent and Deposits | $ 29,426.00 |
| | Total of petitioners' claims | $ (continued) |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:  Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | |
| Reifel Investments, LLC | Brian J. Jackiw |
| Name | Printed name |
| 15774 S. LaGrange Rd., Suite 304 | Goldstein & McClintock LLLP |
| Number    Street | Firm name, if any |
| Orland Park    IL    60462 | 111 W. Washington Street, Ste. 1221 |
| City    State    ZIP Code | Number    Street |
| | Chicago    IL    60602 |
| | City    State    ZIP Code |
| **Name and mailing address of petitioner's representative, if any** | |
| Steve Reifel | Contact phone (312) 219-6703    Email brianj@goldmclaw.com |
| Name | |
| 15774 S. LaGrange Rd., Suite 304 | Bar number _____ |
| Number    Street | |
| Orland Park    IL    60462 | State    Illinois |
| City    State    ZIP Code | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/30/17
            MM / DD / YYYY

X _Alu Refel  Owner_____
Signature of petitioner or representative, including representative's title

X _[signature]_____
Signature of attorney

Date signed  5/30/17
            MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor  Oak Park Avenue Realty Ltd.  
_Name_

Case number (if known)_____

**Name and mailing address of petitioner**

Michelle Hawkins  
_Name_

1774 Briarwood Drive  
_Number    Street_

Santa Clara | CA | 95051  
_City_ | _State_ | _ZIP Code_

**Name and mailing address of petitioner's representative, if any**

_____  
_Name_

_____  
_Number    Street_

_____ | _____ | _____  
_City_ | _State_ | _ZIP Code_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/30/2017  
              MM / DD / YYYY

✗ _/s/ M. Hawkins_  
Signature of petitioner or representative, including representative's title

Brian J. Jackiw  
_Printed name_

Goldstein & McClintock LLLP  
_Firm name, if any_

111 W. Washington Street, Ste. 1221  
_Number    Street_

Chicago | IL | 60602  
_City_ | _State_ | _ZIP Code_

Contact phone (312) 219-6703   Email brianj@goldmclaw.com

Bar number _____

State  N. D. Illinois

✗ _/s/ Brian J. Jackiw_  
Signature of attorney

Date signed  5/30/17  
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

Eugene Denton  
_Name_

9552 Easter Way  
_Number    Street_

San Diego | CA | 92121  
_City_ | _State_ | _ZIP Code_

**Name and mailing address of petitioner's representative, if any**

_____  
_Name_

_____  
_Number    Street_

_____ | _____ | _____  
_City_ | _State_ | _ZIP Code_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____  
              MM / DD / YYYY

✗ _____  
Signature of petitioner or representative, including representative's title

Brian J. Jackiw  
_Printed name_

Goldstein & McClintock LLLP  
_Firm name, if any_

111 W. Washington Street, Ste. 1221  
_Number    Street_

Chicago | IL | 60602  
_City_ | _State_ | _ZIP Code_

Contact phone (312) 219-6703   Email brianj@goldmclaw.com

Bar number _____

State  Illinois

✗ _____  
Signature of attorney

Date signed _____  
              MM / DD / YYYY

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

Debtor   Oak Park Avenue Realty Ltd.                                Case number (if known)
         Name

**Name and mailing address of petitioner**

Michelle Hawkins
Name

1774 Briarwood Drive
Number   Street

| Santa Clara | CA | 95051 |
|---|---|---|
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

| | | |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Brian J. Jackiw
Printed name

Goldstein & McClintock LLLP
Firm name, if any

111 W. Washington Street, Ste. 1221
Number   Street

| Chicago | IL | 60602 |
|---|---|---|
| City | State | ZIP Code |

Contact phone (312) 219-6703   Email brianj@goldmclaw.com

Bar number _____

State   N. D. Illinois

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

**Name and mailing address of petitioner**

Eugene Denton
Name

9552 Easter Way
Number   Street

| San Diego | CA | 92121 |
|---|---|---|
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

| | | |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/30/2017
            MM / DD / YYYY

X _(signed)_____
Signature of petitioner or representative, including representative's title

Brian J. Jackiw
Printed name

Goldstein & McClintock LLLP
Firm name, if any

111 W. Washington Street, Ste. 1221
Number   Street

| Chicago | IL | 60602 |
|---|---|---|
| City | State | ZIP Code |

Contact phone (312) 219-6703   Email brianj@goldmclaw.com

Bar number _____

State   Illinois

X _(signed)_____
Signature of attorney

Date signed 5/31/17
            MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 4

Debtor    Oak Park Avenue Realty Ltd.                               Case number (if known) _____
          Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Ashok Bhojwani | Involuntary Bankruptcy | $ 12,440.00 |
| Joe Hood | Involuntary Bankruptcy | $ 43,586.00 |
| TJR International Chicago, LLC | Involuntary Bankruptcy | $ 10,484.17 |
| | Total of petitioners' claims | $ (continued) |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**                    **Attorneys**

**Name and mailing address of petitioner**

Ashok Bhojwani                                                    Brian J. Jackiw
Name                                                              Printed name

11522 Century Circle                                              Goldstein & McClintock LLLP
Number    Street                                                  Firm name, if any

Plainfield           IL        60585                              111 W. Washington Street, Ste. 1221
City                 State     ZIP Code                           Number    Street

                                                                  Chicago              IL        60602
                                                                  City                 State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

                                                                  Contact phone (312) 219-6703  Email brianj@goldmclaw.com

Name

                                                                  Bar number _____

Number    Street
                                                                  State    Illinois

City                 State     ZIP Code                           _____
                                                                  Signature of attorney

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/30/17
             MM / DD / YYYY                                       Date signed  5/30/2017
                                                                               MM / DD / YYYY
X _____
Signature of petitioner or representative, including representative's title

Debtor  Oak Park Avenue Realty Ltd.
        Name

Case number (if known)

**Name and mailing address of petitioner**

Joe Hood
Name

609 North County Line Road
Number  Street

Hinsdale          IL        60521
City              State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Joseph Hood
Name

609 N. County Line Rd
Number  Street

Hinsdale          Il        60521
City              State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5 30 17
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Brian J. Jackiw
Printed name

Goldstein & McClintock LLLP
Firm name, if any

111 W. Washington Street, Ste. 1221
Number  Street

Chicago          IL        60602
City              State     ZIP Code

Contact phone (312) 219-6703  Email brianj@goldmclaw.com

Bar number _____

State  Illinois

X _____
Signature of attorney

Date signed  5/30/17
            MM / DD / YYYY

**Name and mailing address of petitioner**

TJR International Chicago, LLC
Name

2430 McLaurin Street, #777
Number  Street

Waveland         MS        39576
City              State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Trevor Roots
Name

4 Fareham Cresent, Wellard
Number  Street

Western Australia  Australia  6170
City              State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Brian J. Jackiw
Printed name

Goldstein & McClintock LLLP
Firm name, if any

111 W. Washington Street, Ste. 1221
Number  Street

Chicago          IL        60602
City              State     ZIP Code

Contact phone (312) 219-6703  Email brianj@goldmclaw.com

Bar number _____

State  Illinois

X _____
Signature of attorney

Date signed  _____
            MM / DD / YYYY

Official Form 205           Involuntary Petition Against a Non-Individual           page 4

Debtor  Oak Park Avenue Realty Ltd.  Case number (if known) _____
        Name

**Name and mailing address of petitioner**

Joe Hood
Name

609 North County Line Road
Number  Street

Hinsdale                IL          60521
City                    State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City        State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Brian J. Jackiw
Printed name

Goldstein & McClintock LLLP
Firm name, if any

111 W. Washington Street, Ste. 1221
Number  Street

Chicago                 IL          60602
City                    State       ZIP Code

Contact phone (312) 219-6703  Email brianj@goldmclaw.com

Bar number _____

State   Illinois

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

TJR International Chicago, LLC
Name

2430 McLaurin Street, #777
Number  Street

Waveland                MS          39576
City                    State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Trevor Roots
Name

4 Fareham Cresent, Wellard
Number  Street

Western Australia       Australia   6170
City                    State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05 30 2017
            MM / DD / YYYY

✗ _J. [signature]_
Signature of petitioner or representative, including representative's title

Brian J. Jackiw
Printed name

Goldstein & McClintock LLLP
Firm name, if any

111 W. Washington Street, Ste. 1221
Number  Street

Chicago                 IL          60602
City                    State       ZIP Code

Contact phone (312) 219-6703  Email brianj@goldmclaw.com

Bar number _____

State   Illinois

✗ _[signature]_
Signature of attorney

Date signed  5/31/17
            MM / DD / YYYY

Debtor  Oak Park Avenue Realty Ltd.
        Name
                                                                Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Kunal Sarin | Unpaid Rent and Deposits | $ 7,545.00 |
| Phil Comeau | Unpaid Rent and Deposits | $ 26,708.49 |
|  |  | $ _____ |
|  | Total of petitioners' claims | $ 287,862.66 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**                **Attorneys**

**Name and mailing address of petitioner**

Kunal Sarin                                                  Brian J. Jackiw
Name                                                         Printed name

2301 Kealsy Lane                                             Goldstein & McClintock LLLP
Number   Street                                              Firm name, if any

Aurora                    IL        60503                    111 W. Washington Street, Ste. 1221
City                      State     ZIP Code                 Number   Street

                                                             Chicago                    IL       60602
                                                             City                       State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____                              Contact phone (312) 219-6703   Email brianj@goldmclaw.com
Name

_____                              Bar number  _____
Number   Street

_____                              State  Illinois
City      State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/30/17
             MM / DD / YYYY                                  X _____
                                                             Signature of attorney
X _____
Signature of petitioner or representative, including representative's title    Date signed  5/30/17
                                                                                            MM / DD / YYYY

Official Form 205              Involuntary Petition Against a Non-Individual                      page 3

Scanned by CamScanner

Debtor  Oak Park Avenue Realty Ltd.
        Name

Case number (if known) _____

**Name and mailing address of petitioner**

~~Phil Comeau~~ PHILLIP E. COMEAU
Name

10904 Woodland Falls Dr.
Number   Street

Great Falls         VA          22066
City                State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/30/2017
            MM / DD / YYYY

X _[signature]_
Signature of petitioner or representative, including representative's title

Brian J. Jackiw
Printed name

Goldstein & McClintock LLLP
Firm name, if any

111 W. Washington Street, Ste. 1221
Number   Street

Chicago             IL          60602
City                State       ZIP Code

Contact phone  (312) 219-6703   Email  brianj@goldmclaw.com

Bar number  _____

State  Illinois

X _[signature]_
Signature of attorney

Date signed  5/30/2017
            MM / DD / YYYY

**Name and mailing address of petitioner**

_____
Name

_____
Number   Street

_____
City     State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City     State    ZIP Code

Contact phone _____   Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY