## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Oak Park Avenue Realty, Ltd. | ) | Bankruptcy No. 17 B 16651 |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge Carol A. Doyle |
| | ) | |

### DEBTOR'S FINAL REPORT PURSUANT TO BANKRUPTCY RULE 1019

NOW COMES the Debtor, Oak Park Avenue Realty, Ltd., by and through its attorneys, David P. Lloyd, Ltd., and, pursuant to Rule 1019 of the Rules of Bankruptcy Procedure, make the following final report.

1. This case was commenced by the filing of an involuntary petition on May 31, 2017. On June 28, 2017, an order for relief was entered under Chapter 11.

2. The case was converted to a Chapter 7 on the motion of the Debtor on July 12, 2017.

3. The Debtor incurred the following debts after the filing of the petition and before conversion of the case:     None known to the declarant at this time. Declarant is informed that the Debtor received rent deposits on behalf of some of the property owners for which the Debtor manages properties, and that such rents have not been turned over; however, Declarant does not have access to the Debtor's PropertyWare system and is unable to determine what, if any, rent payments have not been turned over. Declarant is unable to state whether the funds on hand are sufficient to turn over all rents that have been collected.

5. The Debtor obtained the following property after the filing of the petition and before conversion of the case: None known to the declarant at this time. Declarant is informed that the Debtor received rent deposits on behalf of some property owners, but such funds would have been held in escrow and would not have become property of the Debtor.

conversion of the case: None known to the declarant at this time. Declarant is informed that the Debtor received rent deposits on behalf of some property owners, but such funds would have been held in escrow and would not have become property of the Debtor.

6. The Debtor entered into the following executory contracts and unexpired leases after the filing of the petition and before conversion of the case:    NONE

Respectfully submitted,
Oak Park Avenue Realty, Ltd.

By: _____
James K. McClelland, Designated Person

David P. Lloyd
David P. Lloyd, Ltd.