UNITED STATES BANKRUTPCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | )    Chapter 7 |
| | ) |
| Oak Park Avenue Realty, Ltd., | )    Case No. 17-16651 |
| | ) |
| Debtor. | ) |
| | ) |

### TRUSTEE'S NOTICE OF RESIGNATION

I, Ronald R. Peterson, hereby resign as trustee in the above-entitled case, subject to the approval of the United States Trustee, and respectfully report the following:

1. Within fifteen (15) days hereof, I will file with the court pursuant to 11 U.S.C. §§ 326 and 330(a) and Fed.R.Bankr.P.2016, if applicable, an application for compensation and/or reimbursement of expenses incurred in connection with my receipt and/or administration of property of the estate.

2. Within five (5) days of being notified of the appointment of a successor trustee, I will turn over the balance of any funds on hand and all financial records for this estate to such successor trustee.

I request this notice be approved and that I be discharged as trustee in this case.

DATED: November 23, 2021

                                                                      /s/ Ronald R. Peterson
                                                                      Ronald R. Peterson